## AUGUSTUS PORTER, BENJAMIN BARTON, PETER B. PORTER, JAMES L. BARTON, NATHANIEL SILL AND SHELDON THOMPSON, MERCHANTS TRADING UNDER THE FIRM OF SILL, THOMPSON & CO., *versus* RICHARD SMYTH

JOURNAL ENTRIES (1820–24): *Journal 3:* (1) Special bail \*p. 43; (2) motion for bill of particulars \*p. 217-b; (3) appearance \*p. 233; (4) leave to amend declaration, continued \*p. 254; (5) jury impaneled \*p. 275; (6) witnesses sworn, witness fees claimed \*p. 275; (7) constable sworn to attend jury \*p. 275; (8) verdict, jury polled \*p. 275; (9) motion for judgment \*p. 284; (10) motion for new trial argued \*p. 503; (11) motion for new trial argued \*p. 504; (12) motion for new trial overruled, motion for judgment nisi granted \*p. 505; (13) rule for judgment \*p. 513.

PAPERS IN FILE: (1) Precipe for habeas corpus and certiorari; (2) writ of habeas corpus cum causa; (3) transcript of county court record; (4) declaration; (5) amended declaration; (6) plea of non assumpsit; (7–8) subpoenas; (9) subpoena duces tecum; (10) attachment for Thomas Anderson; (11) panel of jurors; (12) verdict; (13) motion and reasons for new trial; (14) affidavit of James Beard; (15) affidavit of Daniel Buxton; (16) affidavit of Richard Smyth; (17) affidavit of Reynold Gillet; (18) reasons in arrest of judgment; (19) precipe for execution fi. fa.; (20) writ of fi. fa. and return; (21) precipe for alias fi. fa.; (22) alias fi. fa.; (23) affidavit of Daniel Buxton; (24) affidavit of John Brunson.

*Office Docket,* MS p. 109, c. 8.  Recorded in *Book B,* MS pp. 336–44.